UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Steven Wayne Weinstein | § | Case No. 17-40302 |
| Debtor | § | |

MOTION TO CONVERT TO CHAPTER 13

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS MOTION WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION.  IF NO OBJECITON IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING YOUR OBJECTION MAY BE STRICKEN.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

1. This is a Chapter 7 case.
2. This case was filed on February 13, 2017.
3. The Section 431 Meeting has been held.  It had been re-scheduled to accommodate a medical procedure to be undertaken by debtor.

4. It has become apparent that it is in debtor's best interest to pursue relief under Chapter 13.

5. No prejudice will be caused to any creditor; and in fact, granting this relief will benefit creditors..

WHEREFORE, PREMISES CONSIDERD, Debtor prays that the Court grant an Order converting this case to a Chapter 13 case.

<div style="margin-left: 2em;">Respectfully submitted,</div>

**LAW OFFICES OF KENNETH S. HARTER**

/s/ Kenneth S. Harter
Kenneth S. Harter
State Bar ID 09155300
5001 Spring Valley Rd Suite 400-E
Dallas, Tx. 75244
(972) 242-8887
Fax (214) 206-1491
kenharterlawyer@gmail.com

Attorneys for Debtor

<div style="text-align: center;">CERTIFICATE OF SERVICE</div>

I certify that a true and correct copy of the foregoing was served on the Matrix below on April 6, 2017.  In addition, the following were served by first class mail and/or through the Court's e-filing system:

Ms. Michelle Chow                      Ms. Jennifer Stoddard
Chapter 7 Trustee                      Stoddard Law, PLLC
P. O. Box 601389                       8150 No. Central Expy Suite 1150
Dallas, Tx. 75360                      Dallas, Tx. 75206

Lee Gordon
McCreary Veselka Bragg & Allen, PC
P. O. Box 1226
Round Rock, Tx. 78665

<div style="text-align: right;">/s/ Kenneth S. Harter<br>Kenneth S. Harter</div>

Label Matrix for local noticing
0540-4
Case 17-40302
Eastern District of Texas
Sherman
Thu Apr  6 08:59:34 CDT 2017

Denton County
c/o Lee Gordon
P O Box 1269
Round Rock, TX 78680-1269

Neighborhood Credit Union
13651 Montfort Dr.
Dallas, TX 75240-2554

Plano - U. S. Bankruptcy Court
Suite 300B
 660 North Central Expressway
Plano, TX 75074-6795

Audi Financial Services
P. O. Box 5215
Carol Stream, IL 60197-5215

Barclay's Bank Delaware
125 South West Str.
Wilminton, DE 19801-5014

Capital One
P. O. Box 30285
Salt Lake City, UT 84130-0285

Chase
P. O. Box 15298
Wilmington, DE 19850-5298

Citi Mastercard
P. O. Box 6241
Sioux Falls, SD 57117-6241

Citi Mastercard
P. O. Box 6242
sioux falls, sd 57117-6242

DeVry, Inc
814 Commerce Dr.
Oakbrook, IL 60523-8822

Department of Education
121 s 13th st
Lincoln, NE 68508-1904

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Home Depot
P. O. Box 689100
Des Moines, IA 50368-9100

Impress Graphics
721 S Elm St.
Suite 109
Denton, Tx 76201-6928

Law Offices of Kenneth S. Harter
1620 E. Beltline Rd.
Carrollton, Tx 75006-6309

MB Financial Services
P. O. Box 961
Roanoke, TX 76262-0961

MBF Leasing, Inc
P. O. Box 7861
New York, NY  10166

Merrick Bank
P. O. Box 9201
Old Bethpage, NY 11804-9001

Neighborhood Credit Union
641 Yorktown St
Dallas, Tx 75208-2054

Neighborhood Credit Union
Box 515169
Dallas, TX 75251

SYNCB
P. O. Box 965036
Orlando, FL 32896-5036

Syncrony Bank/JCP
Box 965009
Orlando, FL 32896-5009

THD/CBNA
Box 6497
Sioux Falls, SD 57117-6497

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Kenneth S Harter
1620 E. Beltline Road
Carrollton, TX 75006-6309

Michelle Chow
PO Box 601389
Dallas, TX 75360-1389

Steven Wayne Weinstein
2604 Green Oak Drive
Carrollton, TX 75010-4220

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services
P. O. Box 15316
Wilmington, DE 15316

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27